ESTHER PRIMROSE, Appellant, *v.* GEORGE H. PRIMROSE, Respondent.

*Primrose* v. *Primrose*, 159 App. Div. 924, appeal dismissed. (Submitted April 13, 1914; decided April 21, 1914).

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce.

The motion was made upon the ground that the notice of appeal was not served until after the time to appeal had expired.

*Arthur M. Johnson* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.